U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 19 2021

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

**Transfer of Jurisdiction**

4-21CR 313-0

| | | |
|---|---|---|
| | | Case Number (Trans. Court) 4:12-CR-00272-20 |
| | | Case Number (Rec. Court) |
| Name Of Probationer/Supervised Releasee **James Marshall Meldrum** | District Southern District of Texas | Division Houston |
| | Name of Sentencing Judge Senior U.S. District Judge Sim Lake | |
| | Dates Of Probation/ Supervised Release | From September 24, 2021 | To September 23, 2026 |

Offense
Conspiracy to participate in a racketeering enterprise, namely, multiple acts involving murder, arson, kidnapping, robbery, and narcotics trafficking, 18 U.S.C. § 1962(d)

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Southern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Fort Worth Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 26, 2021
Date

_____
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Fort Worth Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/19/21
Effective Date

_____
U.S. District Judge



## UNITED STATES DISTRICT COURT
### PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS

BUD ERVIN
CHIEF

WAYNE MCKIM
DEPUTY CHIEF

KEN MAYS
STEPHANIE ROPER
ASSISTANT DEPUTY CHIEFS

501 W. 10th Street, Room 406
Fort Worth, Texas 76102
214-288-0625
www.txnp.uscourts.gov

November 17, 2021

The Honorable Reed O'Connor
501 W. 10th Street, Room 201
Fort Worth, Texas 76102

RE: **Meldrum, James Marshall**
TXS Case No.: **4:12-CR-00272(20)**
**Transfer of Jurisdiction Request**

Dear Judge O'Connor:

On June 27, 2013, James Marshall Meldrum was sentenced in the Southern District of Texas, Houston Division, by Senior U.S. District Judge Simeon Timothy Lake to 150-months custody, to be followed by a 5-year term of supervised release for the offense of Conspiracy to Participate in a Racketeering Enterprise, Namely, Multiple Acts Involving Murder, Arson, Kidnapping, Robbery, and Narcotics Trafficking, in violation of 18 U.S.C. § 1962(d). Mr. Meldrum's custody sentence was later reduced, on March 24, 2015, to 125 months, pursuant to 18 U.S.C. § 3582(c)(2) motion. James Marshall Meldrum began his term of supervised release in the Northern District of Texas, Fort Worth Division, on September 24, 2021, and his expiration date is September 23, 2026.

Mr. Meldrum has stable residence and employment in the Northern District of Texas and has no ties to the Southern District of Texas. He intends to remain in the Northern District of Texas throughout his term of supervision. The Southern District of Texas, Houston has agreed to transfer jurisdiction. It is respectfully recommended that Jurisdiction in TXS Case No. 4:12-CR-00272(20) be accepted by the Northern District of Texas, Fort Worth Division. Attached is a copy of the Transfer of Jurisdiction Order for the Court's consideration.

Respectfully Submitted,

s/Kathleen Lamour
U.S. Probation Officer
214-288-0625

Approved,

s/Bradley Holmes
Supervising U.S. Probation Officer
214-287-6993